## ASHA v. GOLDSTEN et al.

### No. 8456.

United States Court of Appeals

District of Columbia.

Argued Jan. 18, 1944.

Decided Feb. 14, 1944.

Mr. Joseph C. Turco, of Washington, D. C., with whom Mr. Arthur C. Katims, of Washington, D. C., was on the brief, for appellant.

Mr. James P. Donovan, of Washington, D. C., for appellees.

Before GRONER, Chief Justice, and MILLER and ARNOLD, Associate Justices.

PER CURIAM.

The sole ground of appeal is an alleged error of the court below in instructing the jury. Appellant made no objection to the instruction at the trial and, therefore, under Rule 51 of the Federal Rules of Civil Procedure, 28 U.S.C.A. following section 723c, the judgment will be

Affirmed.